# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:21-CR-260-S |
| | § | |
| REGINA MARIE OERTWIG MORALES (1) | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Probation to United States Magistrate Judge David L. Horan for consideration. The Court has received the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [ECF No. 26]. Defendant having waived allocution before this Court and the time to object to the Findings, Conclusions, and Recommendations having passed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Findings, Conclusions, and Recommendation are ADOPTED as the opinion and findings of the Court, and Defendant's Supervised Release is REVOKED. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 6 months (with credit for time served); with no further term of Supervised Release to follow.

The Court recommends that Defendant be allowed to serve his sentence at FMC Carswell or in a facility located in the Northern District of Texas, if appropriate.

**SO ORDERED.**

SIGNED December 15, 2021.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**